IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE O'SULLIVAN,

    Petitioner,     No. 2:08-cv-1469 JFM (HC)

  vs.

STEVE MOORE,

    Respondent.     ORDER TO SHOW CAUSE
_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 31, 1992, petitioner was sentenced to 15 years to life in prison following his conviction, entered pursuant to a guilty plea, on a charge of second degree murder. In 2006, the California Board of Parole Hearings (BPH) denied petitioner parole for the sixth time. Petitioner challenges that decision in the instant action.

        On August 21, 2008, the California Supreme Court decided <u>In re Lawrence</u>, 190 P.3d 535, 82 Cal.Rptr.3d 169 (2008). Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order the parties shall show cause in writing why this action should not be stayed for a period of ninety days and remitted to the BPH for a further

/////

1

1 parole hearing during that period in accordance with the standards set forth by the California
2 Supreme Court in <u>Lawrence</u>.
3 DATED: September 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
osu1469.osc