IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE O'SULLIVAN, | No. 2:08-CV-1469 MCE JFM (HC) |
| Petitioner, | |
| vs. | ORDER |
| STEVE MOORE, | |
| Respondent. | |
| _____/ | |

    This matter has been remanded to this court from the United States Court of Appeals for the Ninth Circuit for the limited purpose of granting or denying a certificate of appealability. <u>See</u> 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

///

1    A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

    Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition:  Whether petitioner's right to due process was violated by the California Board of Prison Terms' November 15, 2006 decision to deny him a parole date.  Petitioner, however, has not made a substantial showing of the denial of a constitutional right as to his claim that the prosecutor violated a plea agreement.

    Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action solely as to the November 15, 2006 decision of the California Board of Prison Terms to deny a parole date.

Dated:  September 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  Jennings, at 1010.

2